IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LENA WHITE**<br><br>       *Plaintiff,*<br> v.<br><br>**OPEX CORPORATION**<br><br>       *Defendant.* | CIVIL ACTION NO.: 1:23-cv-00414-KMW-AMD |

## STIPULATION OF DISMISSAL

**WHEREAS,** having settled this matter on December 15, 2023, the parties jointly stipulate that this action is **DISMISSED** without costs and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**WHEREFORE,** it is hereby **STIPULATED** and **AGREED** among counsel that the Court shall retain jurisdiction for a period of ninety (90) days while the parties memorialize and execute their settlement agreement.

**CONSOLE MATTIACCI LAW, LLC**

 /s/ Lauren C. Bateman
Kevin Console, Esquire
Lauren C. Bateman, Esquire
110 Marter Avenue, Suite 502
Moorestown, NJ 08057
(215) 545-7676 (Telephone)
kevinconsole@consolelaw.com
bateman@consolelaw.com

*Attorneys for Plaintiff, Lena White*

Dated: January 31, 2024

**FOX ROTHSCHILD LLP**

 /s/ Catherine T. Barbieri
Catherine T. Barbieri, Esquire
Brian J. McGinnis, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000 (Telephone)
cbarbieri@foxrothschild.com
bmcginnis@foxrothschild.com

*Attorneys for Defendant, OPEX Corporation*

Dated: January 31, 2024

**APPROVED** and **SO ORDERED**

*[signature]*

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Dated: *February 6, 2024*